AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

QUINCY MCCOMAS,

     Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER:  **3:11-CV-00752-RCJ-VPC**

BANK OF AMERICA CORP., et al.,

     Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (#3) is **GRANTED** and the list pendens on the subject propety at 8672 18th Hole Trail, Reno, NV  89523 is **EXPUNGED**.


  May 15, 2012                                                                **LANCE S. WILSON**
                                                                            Clerk

                                                                            /s/ D. R. Morgan
                                                                             Deputy Clerk